THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH WILLIS, WINSTON C. OWENS and HERMAN CUNNINGHAM, Appellants.

(Argued October 9, 1933; decided November 21, 1933.)

*George C. Norton, Abraham L. Lazarus* and *Edward S. Brogan* for Joseph Willis, appellant.

*Samuel J. Siegel, Frederick E. Goldsmith* and *Samuel Segal* for Winston C. Owens, appellant.

*Max Bollt, Francis L. Valente* and *William P. Schoem* for Herman Cunningham, appellant.

*Thomas C. T. Crain, District Attorney (Robert C. Taylor* of counsel), for respondent.

Judgments of conviction affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.